JS6/ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 27 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RUBEN EDWARD HERNANDEZ, JR.,<br><br>  Petitioner,<br><br>  v.<br><br>JEFFREY BEARD, Sec. of CDCR,<br><br>  Respondent. | No. CV 13-4204-MMM (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: May 24, 2014

*Margaret M. Morrow*

MARGARET M. MORROW
United States District Judge

ENTERED
CLERK, U.S. DISTRICT COURT
MAY 27 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY